# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

IN RE:  Richard Slone
Tamitha Slone                                            Case Number:   24-50537

## INITIAL LETTER TO DEBTORS

## NOTICE OF FILING

Notice is hereby given that the Trustee has mailed the attached Initial Letter to the Debtors on the date indicated below.

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Filing was served upon the Debtors by mail to the addresses indicated below, and to counsel for the Debtors via ECF, on 5/3/2024.

/s/ Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID: 09330

P O Box 2204
Lexington, KY  40588-2204

Richard Slone                          CAMPAYNO, DANIEL
Tamitha Slone                          Served Electronically Via ECF
431 Eastwood Drive
Richmond, KY  40475

Chapter 13 Trustee
P O Box 2204
Lexington, KY  40588-2204

---

Phone: (859) 233-1527                                   E-mail: questions@ch13edky.com

IMPORTANT!  READ AND KEEP THIS PAPER!

IN RE:   Richard Slone
        Tamitha Slone                                   Case Number:   24-50537

**PAYMENTS**

**The Trustee's Office has not received a copy of your Chapter 13 plan as of the date of this letter. Contact your attorney immediately for your monthly payment amount.**  Also, your payment amount might change while you are in a chapter 13.  Ask your attorney.

Your <u>first</u> payment is due on or before 06/02/2024, regardless of when your plan was filed.  Your payments will be due every month on the   day of the month.

Make your personal check, money order, or cashier's check payable to "Chapter 13 Trustee, EDKY" and mail it (NOT cash) to:

Chapter 13 Trustee, EDKY
PO Box 1766
Memphis  TN  38101-1766

Write your CASE NUMBER AND YOUR NAME on every check, money order or cashier's check and on any correspondence.

The Trustee cannot accept any form of payment in the office, at any hearing, or by phone.

The rules requiring timely payments are very strict.  If your plan payments are not made on time, your case could be dismissed.  Contact your attorney if you receive a motion to dismiss.

The Trustee is not allowed to excuse you from making plan payments or give you permission to make a late payment, no matter what the reason is.  If an emergency will cause you to miss a payment, contact your attorney, not the Trustee's office.

Certain lump sum payments must be paid to the Trustee in addition to regular plan payments.  Contact your attorney if you receive money from a lawsuit (or settlement before a lawsuit is filed), sale of property, inheritance, or lottery winnings.

You might be required to pay some or all of your tax refunds to the Trustee in addition to regular plan payments.

## **OTHER IMPORTANT INFORMATION**

Call your attorney now to find out if you are supposed to make direct payments to any creditors (sometimes called payments "outside the plan."). If so, you must make those payments on time, and they are in addition to your chapter 13 plan payment. Usually you must make your home mortgage payment directly to the mortgage company. Call your attorney if the mortgage company does not accept your payment.

You must bring a photo ID and proof of your social security number to your first court hearing (the Section 341 Meeting of Creditors). Call your attorney if you have questions about this.

Do not sell, give away, or get rid of any of your property or possessions while in bankruptcy without first getting approval from the Bankruptcy Court. Contact your attorney regarding this matter.

Do not buy anything on credit, borrow any money, or refinance an existing loan (including your mortgage) without the permission of the Bankruptcy Court. Contact your attorney regarding this matter.

If you move, make sure you give your new address to the Trustee's office, your attorney, and the Bankruptcy Court.

You can access your chapter 13 account information at www.ndc.org.

You will receive more information at your first court hearing.

Call your attorney with any questions about your Chapter 13 case. The Trustee's Office cannot give you legal advice.