UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

**RICHARD SLONE**                                                                       **CASE NO. 24-50537**
**TAMITHA SLONE**
**DEBTOR(S)**

TRUSTEE'S REPORT AND
RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED, based on Chapter 13 plan (ECF No. 15), filed on 5/31/2024.

Plan payments are $1,240.00 (2 months) past due as shown below. No plan payments have been made to the Trustee since the petition was filed on May 3, 2024.

| Period | Date (Month/Year) | Payment Due | Payment Received | Deferred Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 6/2024 | $620.00 | | | $620.00 |
| 2 | 7/2024 | $620.00 | | | $1,240.00 |

**Total Delinquent Amount: $1,240.00**

Respectfully submitted –

Beverly M. Burden, Chapter 13 Trustee

By: */s/ Michael E. Litzinger*
Michael E. Litzinger,
Attorney for Trustee
P.O. Box 2204
Lexington KY  40588
(859) 233-1527
notices@ch13edky.com

## CERTIFICATE OF SERVICE

The foregoing has been served via ECF on Daniel Campayno on 7/9/2024.

                                          Beverly M. Burden, Chapter 13 Trustee

                                By: */s/ Michael E. Litzinger*
                                          Michael E. Litzinger,
                                          Attorney for Trustee